COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-082-CV

 

IN RE MIKE R. ORTEGA                                                           RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

JOHN CAYCE

CHIEF JUSTICE

 

PANEL A: 
CAYCE, C.J.; DAUPHINOT and MCCOY, JJ.

 

MCCOY, J. would request a response.

 

DELIVERED: 
March 10, 2008











    [1]See
Tex. R. App. P. 47.4.